IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA HANNA,<br>JOHN BARR,<br>KEITH PEACE,<br>DALE CULBERT,<br><br>Defendants. | ORDER DISMISSING CITATIONS AND QUASHING WARRANTS<br><br>VIOLATION NOS. AND LOCATION CODES:<br><br>6625135<br>6327701, 6327702<br>9587031<br>9587076 |
|---|---|

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 28th day of March, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
101 East Front Street, Suite 401
Missoula, MT 59801
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX:  (406) 542-1476
E-Mail:  Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TARA HANNA, JOHN BARR, KEITH PEACE, DALE CULBERT, Defendants. | GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS <br><br> VIOLATION NOS. <br> 6625135 <br> 6327701, 6327702 <br> 9587031 <br> 9587076 |
|---|---|

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

                              JESSE A. LASLOVICH
                              United States Attorney

                              */s/ Jennifer S. Clark*
                              JENNIFER S. CLARK
                              Assistant U.S. Attorney